UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03551-SSS-SPx | Date | August 14, 2026 |
| Title | *Dennis Delgado Morales v. Shannon Dicus, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER STRIKING PLAINTIFF'S MOTION TO REMAND [DKT. NO. 10]**

Before the Court is Plaintiff Dennis Delgado Morales' Motion to Remand. [Dkt. No. 10].

Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. The conference must occur at least 7 days before the filing of the motion. *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.* "Persons appearing pro se are bound by these rules . . . unless the context requires otherwise." C.D. Cal. R. 1-3.

Further, the Court's Civil Standing Order requires that statement to include "(1) the names of the counselor's present at the conference, (2) when the conference was held, (3) how long the conference lasted, (4) the manner in which the conference was held, (5) what issues were discussed, and (6) what issues the parties were unable to resolve. The parties are further advised that email correspondence alone is insufficient to satisfy this requirement." [Dkt. No. 9 at 12].

There is no evidence in the Notice of Motion or the Motion to Remand to show Delgado complied with these meet-and-confer requirements. [*See generally* Dkt. No. 10].

Accordingly, the Motion to Remand is **STRICKEN**. The hearing on September 4, 2026, is **VACATED**.

**IT IS SO ORDERED.**