UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03551-SSS-SPx | Date | November 17, 2026 |
| Title | *Dennis Delgado Morales v. Shannon Dicus, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER RE: ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION [DKT. NO. 14] AND ORDERS TO SHOW CAUSE**

On March 18, 2025, Plaintiff Dennis Delgado Morales ("Plaintiff Morales") initiated this action in the Superior Court of California, San Bernardino. [Dkt. No. 1 at 2] On October 30, 2025, Plaintiff filed a proof of service which was eventually quashed by the state court. [*See id.*] On May 22, 2026, Plaintiff filed a First Amended Complaint ("FAC") alleging six causes of action against Defendant, including an alleged constitutional violation.[1] Defendants San Bernardino County, Shannon Dicus, Ed Burke, and Felicia Price (collectively, "Defendants") were served with the FAC. [Dkt. No. 1-1, FAC] On July 7, 2026, Defendants San Bernardino County, Shannon Dicus, Ed Burke, and Felicia Price removed the case to this Court. [Dkt. No. 1]

On October 14, this Court ordered Plaintiff to show cause regarding why this

[1] Plaintiff dismissed Defendants Reji Varghese and Medical Board of California prior to this case being removed. [*See* FAC at 5].

case should not be dismissed with respect to each Defendant who has not been served ("OSC"). [Dkt. No. 14] Both parties filed responses detailing efforts to meet and confer regarding Local Rules 7-3 and Federal Rule of Civil Procedure 26(f). [Dkt. Nos. 15, 17] Critically, nothing in either submission is responsive to this Court's OSC. [Dkt. No. 14] Accordingly, because Plaintiff has failed to serve, Defendants D. Ginn, C. Whitley are hereby **DISMISSED WITHOUT PREJUDICE**. The Order to Show Cause is **DISCHARGED**. [Dkt. No. 14]

Additionally, Defendants state that they were properly served with the FAC even though proof of service has not yet been filed. [Dkt. No. 1 at 6] Under Federal Rule of Civil Procedure 81, a defendant's deadline to file a responsive pleading was seven days after removal. *See* Fed. R. Civ. P. 81(c)(2)(C). Applying the rule here, Defendants' deadline to file a responsive pleading was July 14, 2026. To date, Defendants' have not responded to the FAC.

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing **by December 11, 2026**, why this action should not be dismissed, with respect to each Defendant who has not filed an answer or otherwise responded to the FAC. The Court will set a hearing if necessary.

**IT IS SO ORDERED.**